FILED by   D.C.
ELECTRONIC

**April 17, 2008**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### BROWARD-CIVIL DIVISION

## CASE NO.: **08-CV-60553-Altonaga-Brown**

NICHOLAS CHARLES,

      Plaintiff,

vs.


GREYSTAR MANAGEMENT SERVICES, L.P.,

      Defendant.

_____/

## COMPLAINT
### {Jury Trial Demanded}

    Plaintiff, NICHOLAS CHARLES, through counsel, sues the Defendant, GREYSTAR MANAGEMENT SERVICES, L.P. and alleges as follows:

1.     This is an action for damages and equitable relief within the jurisdiction of this court.

2.     The Plaintiff resides in Broward County, Florida and is a past employee of Defendant at a location in Broward County, Florida.

3.     The Defendant, GREYSTAR MANAGEMENT SERVICES, L.P., is a foreign corporation registered to do business in Florida, engaged in commerce in the field of property management at a location in Broward County, Florida and at all times material hereto Defendant was the "Employer" of the Plaintiff as that term is defined under statutes referenced herein and engaged along with its employees in

interstate commerce and has annual gross sales and/or business volume of $500,000 or more.

4.   In justifiable reliance upon Defendant's representations and promises, Employee accepted employment and began working for Defendant as a maintenance supervisor.

5.   During Plaintiff's employment (i.e. from about January 1, 2005 through March 21, 2008), Plaintiff agreed to work at various rates of pay and regularly worked in excess of forty (40) hours per week, as documented in the spreadsheet attached hereto as Exhibit "A". However, Defendant willfully failed to tender the appropriate overtime pay.

6.   Despite Plaintiff's continued demand for payment, the Defendant, however, refused to tender payment and to date the Defendant has failed to pay Plaintiff the legally owed wages.

7.   Despite repeated requests for same, the Defendant has knowingly and willfully failed to follow the law and failed to pay the wages due and owing.

8.   Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

9.   Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")

10.   Plaintiff reavers and realleges Paragraphs 1-9 herein.

11.     Plaintiff alleges this action pursuant to the Fair Labor Standards Act ("FLSA"), 29

U.S.C. §§ 216 (b), that Plaintiff is: (i) entitled to time and a half overtime pay and

is (ii) entitled to liquidated damages pursuant to the Fair Labor Standards Act, 29

U.S.C. §§ 201 et seq.

12.     Plaintiff seeks recovery of the unpaid minimum wages, liquidated damages,

interests, costs, and attorney fees.

WHEREFORE, the Plaintiff prays for judgment in his favor against the Defendant, plus

cost and reasonable attorney's fees, and such other remedy as the court deems just and

appropriate.

Respectfully submitted,

Loren & Mercer, P.A.
Attorneys for Plaintiff
320  South State Road 7
Suite #  300
Plantation, Florida 33317
(954)585-4878

JAMES M. LOREN, Esquire
Fla Bar No.: 0055409

# Total Money Owed to Nicholas Charles by Greystar Management (04/09/05 - 08/10/07)

| Pay Period Ending | Hourly Rate * | Straight Time Paid ** | Holiday / Vac. / Sick Time Paid | Overtime Paid | Unpaid OT *** | Unpaid Amount **** |
|---|---|---|---|---|---|---|
| 04/22/05 | 17.549 | 80.00 | | | 15 | $ 394.85 |
| 05/06/05 | 17.549 | 80.00 | | | 15 | $ 394.85 |
| 05/20/05 | 17.549 | 80.00 | | | 15 | $ 394.85 |
| 06/03/05 | 17.549 | 80.00 | | | 15 | $ 394.85 |
| 06/17/05 | 17.549 | 80.00 | | | 15 | $ 394.85 |
| 07/01/05 | 17.549 | 80.00 | | | 15 | $ 394.85 |
| 07/15/05 | 17.549 | 80.00 | | | 15 | $ 394.85 |
| 07/29/05 | 17.549 | 80.00 | | | 15 | $ 394.85 |
| 08/12/05 | 17.549 | 80.00 | | | 15 | $ 394.85 |
| 08/26/05 | 17.549 | 80.00 | | | 15 | $ 394.85 |
| 09/09/05 | 17.549 | 80.00 | | | 15 | $ 394.85 |
| 09/23/05 | 17.549 | 80.00 | | | 15 | $ 394.85 |
| 10/07/05 | 17.549 | 80.00 | | | 15 | $ 394.85 |
| 10/21/05 | 17.549 | 72.00 | 8.00 | | 15 | $ 394.85 |
| 11/04/05 | 17.549 | 72.00 | 8.00 | | 15 | $ 394.85 |
| 11/18/05 | 17.549 | 40.00 | 40.00 | | 15 | $ 394.85 |
| 12/02/05 | 17.549 | 64.00 | 16.00 | | 15 | $ 394.85 |
| 12/16/05 | 17.549 | 80.00 | | | 15 | $ 394.85 |
| 12/30/05 | 17.549 | 40.00 | 40.00 | | 15 | $ 394.85 |
| 01/13/06 | 17.549 | 80.00 | | | 15 | $ 394.85 |
| 01/27/06 | 17.549 | 72.00 | 8.00 | | 15 | $ 394.85 |
| 02/10/06 | 17.933 | 80.00 | | | 15 | $ 403.49 |
| 02/24/06 | 17.933 | 80.00 | | | 15 | $ 403.49 |
| 03/10/06 | 17.933 | 80.00 | | | 15 | $ 403.49 |
| 03/24/06 | 17.933 | 80.00 | | | 15 | $ 403.49 |
| 04/07/06 | 17.933 | 80.00 | | | 15 | $ 403.49 |
| 04/21/06 | 17.933 | 72.00 | 8.00 | | 15 | $ 403.49 |
| 05/05/06 | 17.933 | 72.00 | 8.00 | | 15 | $ 403.49 |

| Date | Rate | Hours | OT | Qty | | Amount |
|---|---|---|---|---|---|---|
| 05/19/06 | 17.933 | 80.00 | | 15 | $ | 403.49 |
| 06/02/06 | 17.933 | 72.00 | | 15 | $ | 403.49 |
| 06/16/06 | 17.933 | 48.00 | 8.00 | 15 | $ | 403.49 |
| 06/30/06 | 17.933 | 80.00 | 32.00 | 15 | $ | 403.49 |
| 07/14/06 | 17.933 | 72.00 | | 15 | $ | 403.49 |
| 07/28/06 | 17.933 | 40.00 | 8.00 | 15 | $ | 403.49 |
| 08/11/06 | 17.933 | 80.00 | 40.00 | 15 | $ | 403.49 |
| 08/25/06 | 17.933 | 80.00 | | 15 | $ | 403.49 |
| 09/08/06 | 17.933 | 72.00 | | 15 | $ | 403.49 |
| 09/22/06 | 17.933 | 80.00 | 8.00 | 15 | $ | 403.49 |
| 10/06/06 | 17.933 | 72.00 | 8.00 | 15 | $ | 403.49 |
| 10/20/06 | 17.933 | 72.00 | 8.00 | 15 | $ | 403.49 |
| 11/03/06 | 17.933 | 80.00 | | 15 | $ | 403.49 |
| 11/17/06 | 17.933 | 80.00 | | 15 | $ | 403.49 |
| 12/01/06 | 17.933 | 64.00 | 16.00 | 15 | $ | 403.49 |
| 12/15/06 | 17.933 | 80.00 | | 15 | $ | 403.49 |
| 12/29/06 | 17.933 | 32.00 | 48.00 | 15 | $ | 403.49 |
| 01/12/07 | 17.933 | 64.00 | 16.00 | 15 | $ | 403.49 |
| 01/26/07 | 18.47 | 72.00 | 8.00 | 15 | $ | 415.58 |
| 02/09/07 | 18.47 | 80.00 | | 15 | $ | 415.58 |
| 02/23/07 | 18.47 | 64.00 | 16.00 | 15 | $ | 415.58 |
| 03/09/07 | 18.47 | 64.00 | 16.00 | 15 | $ | 415.58 |
| 03/23/07 | 18.47 | 80.00 | | 15 | $ | 415.58 |
| 04/06/07 | 18.47 | 80.00 | | 15 | $ | 415.58 |
| 04/20/07 | 18.47 | 80.00 | | 15 | $ | 415.58 |
| 05/04/07 | 18.47 | 80.00 | | 15 | $ | 415.58 |
| 05/18/07 | 18.47 | 72.00 | 8.00 | 15 | $ | 415.58 |
| 06/01/07 | 18.47 | 64.00 | 16.00 | 15 | $ | 415.58 |
| 06/15/07 | 18.47 | 56.00 | 24.00 | 15 | $ | 415.58 |
| 06/29/07 | 18.47 | 80.00 | | 15 | $ | 415.58 |
| 07/13/07 | 18.47 | 40.00 | 40.00 | 15 | $ | 415.58 |
| 07/27/07 | 18.47 | 48.00 | 32.00 | 15 | $ | 415.58 |
| 08/10/07 | 18.47 | 80.00 | | 15 | $ | 415.58 |
| | | | | **Subtotal =** | **$** | **6,637.12** |

## Assumptions (04/09/05 - 08/10/07)

\* Hourly Rate was obtained from available pay stubs. Plaintiff does not have pay stubs for the time from periods ending 04/22/05 to 09/23/05, so Plaintiff estimated that the hourly rate during that period was the same as it was for the last pay stub which Plaintiff has in his possession ($17.549).

\*\* Straight Time Paid was obtained from available pay stubs. Plaintiff does not have pay stubs for the time from periods ending 04/22/05 to 09/23/05, so Plaintiff estimated that the straight time paid was 80 hours for those weeks where he had no pay stub.

\*\*\* Unpaid OT was calculated as follows: Plaintiff estimates that he worked an average of 7 - 10 hours of overtime per week from 04/09/05 to 08/10/07, so Plaintiff used a conservative estimate of 7.5 hours per week of unpaid overtime, which amounts to 15 hours per pay period.

## Amount Unpaid

\*\*\*\* The amount unpaid was calculated as follows: Any estimated "Unpaid OT" was multiplied by the 1.5 times applicable "Hourly Rate". The results were then summed for each row to get the "Subtotal" of $6,637.12.

## Total Money Owed to Nicholas Charles by Greystar Management (08/11/07 - 03/21/08)

| Pay Period Ending | Hourly Rate * | Straight Time Paid * | Holiday / Vac. / Sick Time Paid * | Overtime Paid * | Unpaid OT ** | Amount Unpaid |
|---|---|---|---|---|---|---|
| 08/24/07 | 20.50 | 80.00 | 0.00 | 20.50 | 0.00 | $ - |
| 09/07/07 | 20.50 | 72.00 | 8.00 | 0.00 | 31.00 | $ 953.25 |
| 09/21/07 | 20.50 | 40.00 | 40.00 | 0.00 | 6.00 | $ 184.50 |
| 10/05/07 | 20.50 | 80.00 | 0.00 | 0.00 | 8.00 | $ 246.00 |
| 10/19/07 | 20.50 | 80.00 | 0.00 | 0.00 | 17.50 | $ 538.13 |
| 11/02/07 | 20.50 | 64.00 | 16.00 | 0.00 | 4.50 | $ 138.38 |
| 11/16/07 | 20.50 | 80.00 | 0.00 | 0.00 | 6.50 | $ 199.88 |
| 11/30/07 | 20.50 | 72.00 | 8.00 | 0.00 | 7.00 | $ 215.25 |
| 12/14/07 | 20.50 | 80.00 | 0.00 | 0.00 | 7.00 | $ 215.25 |
| 12/28/07 | 20.50 | 56.00 | 24.00 | 0.00 | 3.50 | $ 107.63 |
| 01/11/08 | 21.25 | 32.00 | 48.00 | 0.00 | 0.00 | |
| 01/25/08 | 21.25 | 72.00 | 8.00 | 0.00 | 4.50 | $ 143.44 |
| 02/08/08 | 21.25 | 64.00 | 16.00 | 0.00 | 5.00 | $ 159.38 |
| 02/22/08 | 21.25 | 80.00 | 0.00 | 0.00 | 11.00 | $ 350.63 |

Case 0:08-cv-60553-CMA   Document 1   Entered on FLSD Docket 04/17/2008   Page 7 of 8

Case 0:08-cv-60553-CMA   Document 1   Entered on FLSD Docket 04/17/2008   Page 7 of 8

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/07/08 | 21.25 | 80.00 | 0.00 | 0.00 | | |
| 03/21/08 | 21.25 | 28.00 | 24.00 | 0.00 | 6.50 | $ 207.19 |
| | | | | Subtotal (2) = | $ | 3,658.88 |

**Assumptions (08/11/07 - 03/21/08)**

\* All amounts from the time period ending 08/11/07 to the time period ending 03/21/08 were taken from the applicable pay stubs.

\*\* Unpaid OT was obtained from copies of the available time cards showing the amount of hours worked each week by Plaintiff. Plaintiff was not in possession of a copy of the time card for the period ending 01/11/08, and therefore excluded it from the calculations in an attempt to be conservative.

**Amount Unpaid**
The amount unpaid was calculated as follows: Any "Unpaid OT" was multiplied by the 1.5 times applicable "Hourly Rate". The results were then summed for each row to get the "Subtotal" of $3,658.88.

**TOTAL AMOUNT DUE**
The overdue amount from the first period ("Subtotal") was added to the overdue amount from the second time period ("Subtotal (2)") to arrive at the Total Amount Claimed Due of $10,295.99.

| TOTAL AMOUNT CLAIMED DUE = | $ 10,295.99 |
|---|---|

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
NICHOLAS CHARLES

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
LOREN & MERCER, P.A.
320 S. STATE ROAD 7, SUITE 300
PLANTATION, FL 33317
(954) 585-4878

## DEFENDANTS
GREYSTAR MANAGEMENT SERVICES, L.P.

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

0:08 CV 60553-AHonaga Brown

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | **PERSONAL INJURY** ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

FILED BY ___ D.C.

APR 17 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

a) Re-filed Case ☐ YES ☒ NO    b) Related Cases ☐ YES ☒ NO

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
JUDGE _____    DOCKET NUMBER _____

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
29 U.S.C. § 201 et. seq. - FLSA- unpaid overtime

LENGTH OF TRIAL via **3** days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE

**FOR OFFICE USE ONLY**
AMOUNT 350    RECEIPT # _____    IFP _____

542804