UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI-CIVIL DIVISION

CASE NO.:  08-60553-CV-Altonaga-Brown

NICHOLAS CHARLES,

        Plaintiff,

vs.

GREYSTAR MANAGEMENT SERVICES, L.P.,

        Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

The Plaintiff, NICHOLAS CHARLES, pursuant to the Court's previous directives and the applicable rules of civil procedure, hereby notifies the Court that the subject case has been amicably resolved. The parties will promptly submit any settlement releases to the Court for approval along with a stipulation and order of dismissal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on May 29, 2008 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

        Loren & Mercer, P.A.
        Attorneys for Plaintiff
        320  South State Road 7
        Suite #  300
        Plantation, Florida 33317
        (954)585-4878

        */s/ JAMES LOREN*
        _____
        JAMES LOREN, Esquire
        Fla Bar No.: 0055409
        JLoren@Lorenlaw.com

**SERVICE LIST**

John L. Ross, Esquire
Thompson, Coe Et. Al.
700 North Pearl Street
Twenty-Fifth Floor
Dallas, TX 75201-2825
TEL:   (214)871-8200
FAX:   (214)871-8209
Counsel for Defendant, GREYSTAR MANAGEMENT SERVICES, L.P.
VIA US MAIL and E-mail at jross@thompsoncoe.com