UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-60553-CIV-ALTONAGA/Brown

**NICHOLAS CHARLES**,

    Plaintiff,

vs.

**GREYSTAR MANAGEMENT SERVICES, L.P.**,

    Defendant.

_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** came before the Court upon Plaintiff's Notice of Filing of Compliance with Court Order [D.E. 7] Requiring Submission of FLSA Settlement Agreement [D.E. 8].  Upon review of the record and the parties' documented basis for a settlement of the FLSA case, the Court finds that settlement of this action is fair and reasonable.  Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Settlement Agreement, which has been duly filed as a record of the Court, is hereby **APPROVED** in its entirety.  This case is hereby **DISMISSED** with prejudice and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of June, 2008.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    All counsel of record